IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AGWAY ENERGY SERVICES, LLC,<br><br>Defendant. | Civ. A. No. 18-321<br>Judge Nora Barry Fischer |

## ORDER OF COURT

AND NOW this 13th day of September, 2018, in accordance with the foregoing Memorandum Opinion,

IT IS HEREBY ORDERED that Defendant Agway's Motion to Dismiss [21] is GRANTED;

IT IS FURTHER ORDERED that Plaintiff James Brown's Complaint is DISMISSED, with prejudice; and,

FINALLY, IT IS ORDERED that the Clerk of Court shall mark this case CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc/ecf: All counsel of record.